UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

SONJA S. KEATING                                        CHAPTER 13
                                                        CASE NO. 13-52830
DEBTOR

## ORDER

An evidentiary hearing having been held on May 15, 2014, to consider confirmation of Debtor's Amended Plan [Doc. 25], and Commonwealth Bank & Trust Company's objection thereto [Doc. 33] (the "Objection"), and the Court hereby incorporating by reference its Findings of Fact and Conclusions of Law stated on the record at a hearing held on June 4, 2014,

IT IS HEREBY ORDERED that the Objection is SUSTAINED IN PART and DENIED IN PART. The Debtor shall have 14 days from the entry of this Order within which to amend her chapter 13 plan to increase her monthly plan payment by $1,642.00 until June 2015, when the monthly payment must be increased by $2,162 unless otherwise ordered by the Court.

IT IS FURTHER ORDERED that the chapter 13 Trustee shall tender an order scheduling a continued confirmation hearing, or if the Debtor fails to timely file an amended plan, an order of dismissal.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Wednesday, June 04, 2014
(tnw)