UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:                                                                                          CHAPTER 13
SONJA S. KEATING                                                            CASE NO. 13-52830
        DEBTOR


**MOTION FOR RECONSIDERATION OF ORDER [DOC. #70]
BASED UPON MATH CALCULATION**

Comes the Debtor, **SONJA S. KEATING**, by and through Counsel, and hereby moves the Court to reconsider its Order [Doc. #70] wherein the Debtor was ordered to amend the plan to increase the monthly plan payment by $1,642. As grounds for said motion, the Debtor states that a math error of $60/month in the category of "Extra-Curricular Activities Kids" was made. As grounds for said Motion, the Debtor states as follows:

1.   At the hearing on June 4th, the Court delivered its opinion as to confirmation of the Debtor's amended plan to increase the plan payments for the following categories: $1,332 for tuition, $75 for transportation and $235 for the combined Extra-Curricular Activities/Recreation.

2.   For the ECA and Recreation category, the Court disallowed all monthly expenditures over $300, explaining that ECA was $360 and Recreation was $175, resulting in an increase of plan payments of $235. ECA in Schedule J, however, shows an expense of $300[1] per month, not $360. The calculation of $235 rather than a disallowance of everything over $300, resulted in a detriment of $60/month to the Debtor. As such, the Debtor moves the Court to reconsider its opinion to the extent of $60/month for this category only.

                                                                Respectfully submitted,

                                                                **BUNCH & BROCK**

                                                                BY:   /s/ Matthew B. Bunch
                                                                        **MATTHEW B. BUNCH, ESQ.**
                                                                        271 W. Short Street
                                                                        805 Security Trust Building
                                                                        PO Box 2086
                                                                        Lexington, KY 40588-2086
                                                                        (859) 254-5522

                                                                **ATTORNEYS FOR THE DEBTOR**

---

[1]   Schedule J originally described $500/mo. for ECA but the amended plan had already adjusted this by $200. See ¶18 in the Joint Stipulations [Doc. #46].

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that the foregoing Objection shall be heard before this Court on Thursday, July 3, 2014, at the hour of 9:30 a.m. or as soon thereafter as Counsel may be heard before this Honorable Court in the United States Bankruptcy Court for the Eastern District of Kentucky, 100 East Vine Street, 3rd Floor, Lexington, Kentucky.

## CERTIFICATE OF SERVICE

This is to certify that this the 13th day of June, 2014, a true and correct copy of the foregoing was served electronically by the Clerk of the Bankruptcy Court in the method established under CM/ECF Administrative Procedures Manual and the Local Court Standing Order dated July 25, 2002, to all attorneys of record via CM/ECF.

 /s/ Matthew B. Bunch
**MATTHEW B. BUNCH**